**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **RODERICK SWAIN,** | ) | |
| **# 233097,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:23-cv-187-RAH-CWB** |
| | ) | |
| **PATRICE RICHIE JONES, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation entered July 11, 2023, dismissing this action with prejudice. (Doc. 20). The Peitioner has filed no objections to this Recommendation. After an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED with prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 10th day of August 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE